IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. PD-0623-11






KEVIN VANCE EDIC, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE FIFTH COURT OF APPEALS


DALLAS COUNTY





 Meyers, J., filed a dissenting statement.


DISSENTING STATEMENT 




 I would grant Appellant's petition for discretionary review and affirm the court of
appeals. While I agree with the decision of the court of appeals, I do not feel that the
issue raised by Appellant was fully addressed in the opinion. We have determined that a
threat under the retaliation statute can be communicated to the person being threatened
through a third party, however, we have never considered whether the complainant must
have knowledge of the threat. Because this is an issue we should deliberate, I respectfully
dissent to the Court's decision to refuse Appellant's petition for discretionary review.


 Meyers, J.


Filed: August 24, 2011

Publish